155053.1

Milton Springut (MS6571)
Tal S. Benschar (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

Attorneys for Plaintiffs
Cartier International, N.V.
and Panerai, a division of Richemont N.A., Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CARTIER INTERNATIONAL, N.V. and        :
PANERAI, a division of RICHEMONT, N.A., INC.:

        Plaintiffs,              :

v.                                                     :

KARMALOOP, LLC; KARMALOOP BOSTON,      :
LLC; GREGORY SELKOE and JOHN DOES      :
1-20,                                                  :

        Defendants.             :
------------------------------------------------------------x

JUDGE PRESKA

Civil Action

No: **07 CIV 6957**

### DISCLOSURE PURSUANT TO RULE 7.1 AND LOCAL CIVIL RULE 1.9

    Pursuant to Federal Rule of Civil Procedure Rule 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Cartier International, N.V. and Panerai, division of Richemont, N.A. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties that are publicly held:

    Compagnie Financiere Richmond, S.A.

    Richemont S.A., Luxembourg

                         Respectfully submitted,

Dated: August 2, 2007              KALOW & SPRINGUT LLP

                                  By: 
                                  Milton Springut (MS6571)
                                  Tal S. Benschar (TSB0838)