AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

CARTIER INTERNATIONAL, N.V. and
PANERAI, a division of RICHEMONT, N.A., INC.,

**SUMMONS IN A CIVIL CASE**

Plaintiffs

V.

CASE NUMBER:

KARMALOOP, LLC; KARMALOOP BOSTON, LLC; GREGORY SELKOE and JOHN DOES 1-20,

**07 CIV 6957**

**JUDGE PRESKA**

TO: (Name and address of defendant)

Karmaloop LLC
10 Province Court
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kalow & Springut LLP
488 Madison Avenue
New York, NY 10022

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      AUG 0 2 2007

CLERK                                                   DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 8/8/2007 |
| NAME OF SERVER (PRINT) Gil Schipani | TITLE server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to 28 U.S.C 1746, I declare under penalty of perjury that the foregoing is true and correct, service was completed on Chris Earhart, store manager of Karmaloop located at 160 Newbury Street Boston MA 02110

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/8/2007
             Date                             Signature of Server

11 Beacon Street, Boston MA 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.