Mark A. Berman (MB5202)
Matthew R. Maron (MM2270)
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CARTIER INTERNATIONAL, N.V., and :
PANERAI, a division of RICHEMONT, N.A., INC. :          07 Civ. 6957 (LAP)
                                             :
                        Plaintiffs,          :          **NOTICE OF APPEARANCE**
                                             :
        -against-                            :
                                             :
KARMALOOP, LLC, KARMALOOP BOSTON, LLC,       :
GREGORY SELKOE, and JOHN DOES 1-20.          :
                                             :
                        Defendants.          :
------------------------------------------------------------------x

**PLEASE BE ADVISED**, that the undersigned attorney hereby enters appearance as representative and counsel for Defendants KARMALOOP, LLC, KARMALOOP BOSTON, LLC, and GREGORY SELKOE.

Dated:  New York, New York
        September 20, 2007

                                        GANFER & SHORE, LLP

                                        By: _____
                                            Mark A. Berman (MB5202)
                                        360 Lexington Avenue
                                        New York, New York 10017
                                        (212) 922-9250
                                        (212) 922-9335 (facsimile)

                                        *Attorneys for Defendants Karmaloop, LLC,*
                                        *Karmaloop Boston, LLC, and Gregory Selkoe*