Mark A. Berman (MB5202)
Matthew R. Maron (MM2270)
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CARTIER INTERNATIONAL, N.V.        :
PANERAI, a division of RICHEMONT, N.A., INC.   :   07 Civ. 6957 (LAP)
                                   :
                    Plaintiffs,    :   **RULE 7.1 STATEMENT**
                                   :
   -against-                       :
                                   :
KARMALOOP, LLC, KARMALOOP BOSTON, LLC,   :
GREGORY SELKOE, and JOHN DOES 1-20.      :
                                   :
                    Defendants.    :
-------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for KARMALOOP, LLC and KARMALOOP BOSTON, LLC (private non-governmental parties) certifies that KARMALOOP, LLC is the sole member of KARMALOOP BOSTON, LLC, and no publicly held corporation owns 10% or more of either of its stock.

Dated: New York, New York
       September 20, 2007

                                   GANFER & SHORE, LLP

                                   By: _____
                                       Mark A. Berman (MB5202)
                                       Matthew R. Maron (MM2270)
                                   360 Lexington Avenue
                                   New York, New York 10017
                                   (212) 922-9250
                                   (212) 922-9335 (facsimile)

                                   *Attorneys for Defendants Karmaloop, LLC,*
                                   *Karmaloop Boston, LLC, and Gregory Selkoe*