Mark A. Berman (MB5202)
Matthew R. Maron (MM2270)
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CARTIER INTERNATIONAL, N.V., and
PANERAI, a division of RICHEMONT, N.A., INC.    :    07 Civ. 6957 (LAP)

                                 Plaintiffs,    :    **NOTICE OF APPEARANCE**

        -against-                               :

KARMALOOP, LLC, KARMALOOP BOSTON, LLC,
GREGORY SELKOE, and JOHN DOES 1-20.             :

                                 Defendants.    :
---------------------------------------------------------------x

**PLEASE BE ADVISED**, that the undersigned attorney hereby enters appearance as representative and counsel for Defendants KARMALOOP, LLC, KARMALOOP BOSTON, LLC, and GREGORY SELKOE.

Dated: New York, New York
       September 20, 2007

                                GANFER & SHORE, LLP

                                By: _____
                                    Matthew R. Maron (MM2270)
                                360 Lexington Avenue
                                New York, New York 10017
                                (212) 922-9250
                                (212) 922-9335 (facsimile)

                                *Attorneys for Defendants Karmaloop, LLC,*
                                *Karmaloop Boston, LLC, and Gregory Selkoe*