# KALOW & SPRINGUT LLP
## ATTORNEYS AT LAW

488 MADISON AVENUE • NEW YORK, NY 10022
212 813-1600 • FAX 212 813-9600 • INFO@CREATIVITY-LAW.COM

Tal S. Benschar
tbenschar@creativity-law.com

**VIA FACSIMILE**
November 16, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10017

Re:   *Cartier International, N.V., et al. v. Karmaloop, LLC, et al.*
        Civil Action No. 07-CIV-6957 (LJP)

Dear Judge Preska:

We represent Plaintiffs in the above action. We are please to inform the Court that the parties have reached a settlement of the action. We expect to draft papers and reduce the settlement to writing in the next two weeks, and then file a Final Judgment Upon Consent (which will include, *inter alia*, injunctive relief).

We accordingly request the Court adjourn the settlement conference now set for Monday, November 19, 2007 at 9:00 a.m. *to December 10 at 4:30.*

Defendants' counsel authorizes us to represent that they consent to the within application.

Respectfully Submitted,
KALOW & SPRINGUT LLP

Tal S. Benschar

cc: Mark A. Berman, Esq. (via facsimile)

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
November 16, 2007

162200.1

TOTAL P.002